IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SYLVESTER MOORE, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV414-127
 )
PNC MORTGAGE, N.A. and )
MORTGAGE ELECTRONIC )
REGISTRATION SYSTEMS, INC., )
 )
    Defendants. )
 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which objections have been filed (Doc. 13; Doc. 14; Doc. 15; Doc. 16; Doc. 19). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Defendants' Motions to Dismiss (Doc. 5; Doc. 7) are **GRANTED**. As a result, Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA